# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BANKRUPTCY APPEAL

IN RE: **Bisasor et al**

CIVIL ACTION NO. 1:15-cv-13813 LTS

**ORDER**

**SOROKIN, DJ**

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal

having been filed in the above-entitled action on **November 5, 2015**,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before

**12/22/15** and the Appellee's brief shall be filed on or before

**1/5/2016**.  The Appellant may file and serve a reply brief on or before **1/19/2016**.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an

Order dismissing the appeal.  Failure of the Appellee to file a brief may result in a decision by the

Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

**December 8, 2015**                                                    /s/ Maria Simeone

Date                                                                            Deputy Clerk