## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Andre Bisasor | Chapter: 13 |
| Debtor | Case No.: 15−13369 −jnf |
| | USDC Case No.:  15−13964 |

### CLERKS CERTIFICATION FOR TRANSMITTAL OF SUPPLEMENTAL RECORD ON APPEAL

I, JAMES M. LYNCH, CLERK of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered 15−13369.

The status of the transcript(s) is as follows:

The transcript(s) was not ordered by the Appellant for the hearing(s) held on is/are not available.

**IN TESTIMONY WHEREOF,** I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT BOSTON , IN THE DISTRICT OF MASSACHUSETTS, THIS 23rd DAY OF DECEMBER .

Date:12/23/15

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Leah Kaine
Deputy Clerk
617−748−5324