United States District Court
Eastern Division, District Of Massachusetts

| | |
|---|---|
| In re Andre Bisasor, etal<br>　　　　　　　　Appellant | Docket No.: 15-13813-LTS<br><br>BANKRUPTCY APPEAL |

MOTION FOR LEAVE TO WITHDRAW REPRESENTATION

　　NOW COMES David G. Baker, currently attorney of record for the appellant in the above captioned matter, and respectfully moves the court for leave to withdraw representation of the appellant due to apparently irreconcilable conflict about the prosecution of this case.  This is an appeal from a decision of the bankruptcy court.  For the same reason, the bankruptcy court has allowed me to withdraw representation in that court.  Accordingly, further representation in this court would seem to be inappropriate.

　　WHEREFORE I respectfully request leave to withdraw representation.

January 14, 2016

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/　　　　David G. Baker
　　　　　　　　　　　　　　　　　　　　David G. Baker, Esq. (BBO # 634889)
　　　　　　　　　　　　　　　　　　　　236 Huntington Avenue, Ste. 306
　　　　　　　　　　　　　　　　　　　　Boston, MA  02115
　　　　　　　　　　　　　　　　　　　　617-340-3680


Certificate of Service

The undersigned states upon information and belief that the within motion was served upon the appellant on the date set forth above by email to quickquantum@aol.com.  I do not have a postal mailing address for him.


　　　　　　　　　　　　　　　　　　　　/s/　David G. Baker
　　　　　　　　　　　　　　　　　　　　David G. Baker