UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re BISASOR et al. ) | |
| ) | |
| ANDRE BISASOR, ) | |
| ) | |
| Appellant, ) | |
| v. ) | Civil No. 15-13813-LTS |
| ) | |
| JOHN FITZGERALD, ASSISTANT ) | |
| UNITED STATES TRUSTEE, AND ) | |
| CAROLYN BANKOWSKI, CHAPTER 13 ) | |
| TRUSTEE, ) | |
| ) | |
| Appellees. ) | |

ORDER

January 20, 2016

SOROKIN, J.

This is an appeal from a decision of the bankruptcy court. The Court ordered the appellant Andre Bisasor to file his appellate brief by December 22, 2015. Doc. No. 7. This deadline has passed, and Bisasor has not filed his brief. The Court has now allowed Bisasor's attorney to withdraw from the case. Doc. No. 11. The Court, therefore, extends the deadline for Bisasor to file his brief by thirty days from the date of this Order. If Bisasor fails to file his brief

by the close of business on February 19, 2016, he faces the possibility of dismissal of his appeal for failure to prosecute.[1]

                                                  SO ORDERED.

                                         /s/ Leo T. Sorokin
                                        Leo T. Sorokin
                                        United States District Judge

---

[1] The scheduling order issued in this case stated that the appellant's brief was due December 22, 2015, and that "[f]ailure of the Appellant to file a brief on [that date] will result in the entry of an Order dismissing the appeal." Doc. No. 7. Given the issues that developed between the appellant and his counsel, the court declines to enforce that provision at this time.