United States District Court
Eastern Division, District Of Massachusetts

| | |
|---|---|
| In re Andre Bisasor, et al<br>　　　　　　　Appellant | Docket No.: 15-13813-LTS<br><br>BANKRUPTCY APPEAL |

NOTICE OF CHANGE OF ADDRESS

　　　NOW COMES David G. Baker, formerly attorney of record for the appellant in the above captioned matter, and notifies the court that the appellant has filed a change of address with the bankruptcy court, a copy of which is attached.

January 22, 2016

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　/s/　　　　　*David G. Baker*
　　　　　　　　　　　　　　　　　　　　　David G. Baker, Esq. (BBO # 634889)
　　　　　　　　　　　　　　　　　　　　　236 Huntington Avenue, Ste. 306
　　　　　　　　　　　　　　　　　　　　　Boston, MA  02115
　　　　　　　　　　　　　　　　　　　　　617-340-3680