

USPS Return Receipt (PS Form 3811, February 2004)

- Sender section (items 1, 2, 3 completed)
- 1. Article Addressed to:
  Andre Bisasor
  300 Presidents Way
  #3413
  Dedham, MA 02026
- 2. Article Number: 7012 3050 0000 7256 0242
- 3. Service Type: ☒ Certified Mail
- A. Signature: [signed]  ☒ Agent
- B. Received by (Printed Name): Jennifer Iustiici(?)
- C. Date of Delivery: 2/9/16

Case header: v-13813-LTS Document 18-1 Filed 02/23/16

UNITED STATES POSTAL SERVICE | First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

15 - 13813 - LTS