UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: )
)
BISASOR, ET AL ) Bankruptcy Appeal
) Case No.: 1:15-cv-13813
)
)

### REQUEST FOR PERMISSION TO FILE PAPERS BY ECF

I, Andre Bisasor, hereby request permission to file papers by ECF for the following reasons:

4. I have to travel a great distance to come to court.
5. I am not a lawyer and so it is tremendously prohibitive for me to have to come to court frequently and especially if I have to respond to time-sensitive filings by other parties.
6. I also request permission to be trained in using ECF as is provided by the court for pro se litigants.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,

Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: February 29, 2016