UNITED STATES DISTRICT COURT
DISTRICT OF MASSAHUSETTS

| | |
|---|---|
| ANDRE BISASOR )<br>)<br>*Pro Se* Appellant )<br>)<br>v. )<br>)<br>JOHN P, FITZGERALD, *ET AL.*, )<br>)<br>Appellees )<br>) | Case #1:15-cv-13813-LTS |

**UNITED STATES TRUSTEE'S MOTION
TO CORRECT CASE TITLE
(WITH CERTIFICATE OF SERVICE)**

Pursuant to 28 U.S.C. 158(d), Fed. R. Bankr. P. 8013(a) and (b) and Local Rule 203.8013, John P. Fitzgerald, Esq., Assistant United States Trustee, by and through William K. Harrington, United States Trustee for Region 1, requests that the Court correct the title of this case by removing him as a named appellee, because:

- neither he nor the United States Trustee participated in the matter below giving rise to this appeal; and

- the United States Trustee has no stake in its outcome.

For these reasons, the United States Trustee requests that the Court enter orders: i) removing John P. Fitzgerald, William K. Harrington and/or the United States Trustee as a named appellee in this appeal; ii) correcting the title of the case by removing any reference to either John P. Fitzgerald, William K. Harrington and/or the United States Trustee; and iii) granting him all such other and further legal and equitable relief to which he may be entitled.

                    Respectfully submitted,

                    WILLIAM K. HARRINGTON
                    UNITED STATES TRUSTEE,
                    REGION 1

By:    */s/ Eric K. Bradford*
        Eric K. Bradford BBO#560231
        United States Department of Justice
        John W. McCormack Post Office & Courthouse
        5 Post Office Square, 10th Floor, Suite 1000
        Boston, MA 02109-3934
        PHONE:    (617) 788-0415
        FAX:        (617) 565-6368
        Eric.K.Bradford@USDOJ.gov

Dated: June 1, 2016.

## CERTIFICATE OF SERVICE

     I hereby certify that on June 1, 2016, true and correct copies of the foregoing motion were served by CM/ECF to all persons who are registered users in this case and by email and/or United States mail, First Class postage pre-paid, upon the individuals listed below.

                    WILLIAM K. HARRINGTON
                    UNITED STATES TRUSTEE,
                    REGION 1

By:    */s/ Eric K. Bradford*
        Eric K. Bradford BBO#560231
        United States Department of Justice
        John W. McCormack Post Office & Courthouse
        5 Post Office Square, 10th Floor, Suite 1000
        Boston, MA 02109-3934
        PHONE:    (617) 788-0415
        FAX:        (617) 565-6368
        Eric.K.Bradford@USDOJ.gov

Dated: June 1, 2016.

**BY REGULAR MAIL:**

Andre Bisasor
119 Drum Hill Road #233
Chelmsford, MA 01824
(*Pro Se* Appellant)

**BY EMAIL:**

Donna Ashton, Esq.
Ashton Law PC
28 Church Street #10
Winchester 01890
Email: dma@ashton-law.com
(Counsel for Grey Star
Property Management Co.)