UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| In Re:<br><br>Andre Bisasor,<br><br>    Debtor | )<br>)<br>)<br>)<br>)  Case No. 1:15-CV-13813-LTS<br>)<br>) |

## CONFIRMATION OF SETTLEMENT DISCUSSIONS WITH DEBTOR

TO THE HONORABLE LEO T. SOROKIN, JUDGE FOR THE REFERENCED MATTER:

Now comes Greystar Management Services LP as agent for Owner RAR2 Jefferson at Dedham Station MA Inc. ("Greystar"), a creditor in the above-captioned proceeding, and hereby confirms that the Debtor's representation, in his request for an extension of time to file briefs until June 24, 2016, that the Parties are discussing settlement are accurate as of today's date, Monday June 6, 2016.

                Respectfully submitted
                Greystar Management Services LP
                as agent for owner RAR2-Jefferson at
                Dedham Station MA, Inc.
                By its attorneys,
                ASHTON LAW, P.C

                */s/ Donna M. Ashton*
                Donna M. Ashton
                BBO# 634984
                28 Church Street, Suite 10
                Winchester, Massachusetts 01890
                (781) 756-6600
                dma@ashton-law.com

Dated: June 6, 2016

## CERTIFICATE OF SERVICE

I, Donna M. Ashton, hereby certify that on this 6th day of June, 2016, copies of the foregoing:

Confirmation of Settlement Discussions with Debtor

was served upon the parties of interest by through the Court's CM/ECF system and to the Debtor by email and first class mail to his address at:

119 Drum Hill Road #233
Chelmsford, MA 01824

Donna M. Ashton, Esq.