**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

_____
                                                        )
In Re:                                               )
                                                        )
Andre Bisasor,                               )          Case No.  1:15-CV-13813-LTS
                      Debtor           )
_____)

<u>CREDITOR ASSENTED TO REQUEST FOR CONTINUANCE</u>

TO THE HONORABLE LEO T. SOROKIN, JUDGE FOR THE REFERENCED MATTER:

  Now comes Greystar Management Services LP as agent for Owner RAR2 Jefferson at Dedham Station MA Inc. ("Greystar"), a creditor in the above-captioned proceeding, and hereby requests a brief continuance of Debtor's requirement to file his Appeal, effecting creditor, from Friday June 24, 2016 to Friday July 1, 2016.  As was represented to the Court in the past by the Debtor, and confirmed by Greystar, the Parties are hopeful that they are close to reaching a global Settlement Agreement and believe a further one week continuance is necessary to reach consensus amongst the Parties on a few remaining provisions for an Agreement (which will then need approval by the Bankruptcy Court and may need further time for that confirmation, if the parties can finalize a document by July 1, 2016).

  The Debtor has assented to this Request.

              Respectfully submitted
              Greystar Management Services LP
              as agent for owner RAR2-Jefferson at
              Dedham Station MA, Inc.
              By its attorneys,
              ASHTON LAW, P.C

              /s/ Donna M. Ashton_____
              Donna M. Ashton
              BBO# 634984
              28 Church Street, Suite 10
              Winchester, Massachusetts 01890
              (781) 756-6600
              dma@ashton-law.com

Dated: June 27, 2016

**CERTIFICATE OF SERVICE**

      I, Donna M. Ashton, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on this 28th day of June, 2016.

      /s/ Donna M. Ashton_____
Donna M. Ashton
BBO# 634984
28 Church Street, Suite 10
Winchester, Massachusetts 01890
(781) 756-6600
dma@ashton-law.com

2