**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

_____
                                                      )
In Re:                                               )
                                                      )
Andre Bisasor,                                )     Case No.  1:15-CV-13813-LTS
                    Debtor          )
_____)

<u>JOINT STATUS REPORT</u>

TO THE HONORABLE LEO T. SOROKIN, JUDGE FOR THE REFERENCED MATTER:

Now comes the Debtor, Andre Bisasor and a creditor in the above-captioned proceeding, Greystar Management Services LP as agent for Owner RAR2 Jefferson at Dedham Station MA Inc. ("Greystar"), and upon Order of the Court submit this Status Report.  The Parties have reached a global settlement.  The Settlement calls for approval by the Bankruptcy Court and therefore both parties request that this matter be continued for thirty (30) days to allow time for the underlying court to review and approve the Settlement.

| | |
|---|---|
| Respectfully submitted | Respectfully submitted |
| Andre Bisasor | Greystar Management Services LP |
| Pro Se | as agent for owner RAR2-Jefferson at |
| | Dedham Station MA, Inc. |
| | By its attorneys, |
| | ASHTON LAW, P.C |

/s/ Andre Bisasor                                    /s/ Donna M. Ashton_____
Andre Bisasor                                          Donna M. Ashton
119 Drum Hill Road #233                      BBO#634984
Chelmsford, MA 01824                         Ashton Law PC
781-492-5675                                          28 Church Street, Suite #10
Email:  quickquantum@aol.com          Winchester, MA 01890
                                                                  (781) 756-6600
                                                                  dma@ashton-law.com

Dated: July 15, 2016

## **CERTIFICATE OF SERVICE**

  I, Donna M. Ashton, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of July, 2016.

          /s/ Donna M. Ashton
          Donna M. Ashton
          BBO# 634984
          28 Church Street, Suite 10
          Winchester, Massachusetts 01890
          (781) 756-6600
          dma@ashton-law.com