UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:
      BISASOR, ET AL

)
)
)    Bankruptcy Appeal
)    Case No.: 15-cv-13813 and 15-cv-13964
)
)

## REQUEST FOR EXTENSION OF TIME ON ENTRY OF SETTLEMENT ORDER OF DISMISSAL

I, Andre Bisasor, the debtor-appellant in the above captioned case, hereby request a final 60-day of extension of time for the entry of the settlement order of dismissal. Grounds are as follows:

1. The deadline for entry of the settlement order of dismissal runs on or about the date of October 17, 2016.

2. As this Court is aware, the Settlement agreement calls for approval by the Bankruptcy Court.

3. To date, there has been a delay in the approval due to a complication that arose pursuant to a requirement by the trustee and thus additional time is needed to allow time for the underlying court to review and approve the Settlement.

4. This is a modest/reasonable request under the circumstances. 60 days should provide adequate time for this to be finalized.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
By The Debtor

Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: October 17, 2016