UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: )
)
BISASOR, ET AL )   Bankruptcy Appeal
)   Case No.: 15-cv-13813 and 15-cv-13964
)
)
)

## REQUEST FOR EXTENSION OF TIME ON ENTRY OF SETTLEMENT ORDER OF DISMISSAL

I, Andre Bisasor, the debtor-appellant in the above captioned case, hereby request a 60-day of extension of time for the entry of the settlement order of dismissal. Grounds are as follows:

1. The deadline for entry of the settlement order of dismissal runs on or about the date of December 16, 2016.
2. As this Court is aware, the parties have agreed to settle this case and have fully reached/signed a settlement agreement.
3. The agreement is still waiting approval from the bankruptcy court due to a delay based on requirements from the trustee including certain adjustments that took into account certain considerations of the estate.
4. The trustee has now approved the settlement and will be shortly filing a motion to approve the settlement.
5. This should take another 30 to 45 days based on the time required to allow for any objections and appeals to objections.
6. Therefore, I ask the court for another final 60 days of extension of time. If the process for bankruptcy court approval occurs sooner than 60 days, I will inform this court immediately.
7. There is no reason to believe that this process will require more time than requested and so I anticipate this will be the absolute last request for extension of time.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
By The Debtor

*Andre Bisasor*
Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: December 16, 2016