UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:  )
    BISASOR, ET AL  )  Bankruptcy Appeal
      )  Case No.: 15-cv-13813 and 15-cv-13964

## REQUEST FOR EXTENSION OF TIME ON ENTRY OF SETTLEMENT ORDER OF DISMISSAL

I, Andre Bisasor, the debtor-appellant in the above captioned case, hereby request a 60-day of extension of time for the entry of the settlement order of dismissal. Grounds are as follows:

1. The deadline for entry of the settlement order of dismissal runs on or about the date of June 17, 2017.
2. As this Court is aware, the parties have agreed to settle this case and have fully reached/signed a settlement agreement.
3. The agreement is still waiting approval from the bankruptcy court due to a delay based on requirements from the trustee including certain adjustments that took into account certain considerations of the estate.
4. The trustee still has not filed the motion to approve the settlement with the bankruptcy court due to a complication with the involvement of a non-debtor spouse in the settlement contract.
5. Therefore, I ask the court for another 60 days of extension of time. If the process for bankruptcy court approval occurs sooner than 60 days, I will inform this court immediately.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
By The Debtor

*Andre Bisasor* (signature)

Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: June 17, 2017